UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CENTRAL DIVISION**

No. 05-40073-FDS

| |
|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br>                    Plaintiffs <br><br>             v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br>                    Defendants |

**NOTICE OF APPEARANCE**

George C. Rockas of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of appearance for the Defendants, CIPC Systems, Inc. and Richard A. Perry.

                                        *s/ George C. Rockas*
                                        George C. Rockas BBO# 544009
                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER  LLP
                                        155 Federal Street
                                        Boston, MA 02110
                                        (617) 422-5400

Dated:  June 6, 2005

39234.1