## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CENTRAL DIVISION**

No. 05-40073-FDS

| |
|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., |
|                                 Plaintiffs |
|         v. |
| CIPC SYSTEMS, INC. and RICHARD A. PERRY, |
|                                 Defendants |

## STIPULATION OF THE PARTIES TO EXTEND THE TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The Plaintiffs, James J. Sandler, Individually and as Trustee of the Town Paint & Supply Co., Inc. 401(k) Profit Sharing Plan, and Town Paint & Supply Co., Inc. and Defendants, CIPC Systems, Inc. and Richard A. Perry, hereby stipulate and agree that the time to respond to the Plaintiffs' complaint is and has been extended to July 1, 2005.

Respectfully submitted,

The Defendants,

CIPC Systems, Inc. and
Richard A. Perry,

By their attorneys,

_____s/ Michele Carlucci_____
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

39235.1

and

The Plaintiffs,
James J. Sandler, Individually and as
Trustee of the Town Paint & Supply Co.,
Inc. 401(k)/Profit Sharing Plan, and Town
Painet & Supply Co., Inc.

By their attorneys,


_____s/ Matthew C. Welnicki_____
Richard J. Yurko BBO# 538300
Matthew C. Welnicki BBO# 647104
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900


Dated:  June 6, 2005

39235.1