UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CENTRAL DIVISION**

No. 05-40073-FDS

| |
|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br>                    Plaintiffs <br><br>           v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br>                    Defendants |

**NOTICE OF APPEARANCE**

Michele Carlucci, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of appearance for the Defendants, CIPC Systems, Inc. and Richard A. Perry.

                                                                    *s/ Michele Carlucci*
                                                                    Michele Carlucci, BBO #655211
                                                                    WILSON ELSER MOSKOWITZ
                                                                    EDELMAN & DICKER  LLP
                                                                    155 Federal Street
                                                                    Boston, MA 02110
                                                                    (617) 422-5400

Dated:  June 6, 2005

39234.1