UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CENTRAL DIVISION**

No. 05-40073-FDS

| |
|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., |
| Plaintiffs |
| v. |
| CIPC SYSTEMS, INC. and RICHARD A. PERRY, |
| Defendants |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

NOW COMES the Defendants, CIPC Systems, Inc. ("CIPC") and Richard A. Perry ("Perry") and move to dismiss the Plaintiffs' state law claims, Counts II-VI (professional negligence, negligent misrepresentation, breach of fiduciary duty, indemnification and contribution) as they are preempted. Defendants also move to dismiss the ERISA claim, Count I, of the Plaintiff, Town Paint & Supply Co., Inc., ("Town Paint") for lack of standing.

Wherefore the Defendants, CIPC and Perry, respectfully request this Honorable Court to dismiss the Plaintiffs' state law claims. Defendants further request that this Honorable Court dismiss the ERISA claim of the Plaintiff, Town Paint & Supply Co., Inc.

40094.1

Respectfully submitted,

The Defendants,
CIPC Systems, Inc. and
Richard A. Perry,

By their counsel,

*s/ Michele Carlucci*
George C. Rockas BBO# 544009
Michele Carlucci  BBO#655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated:  July 1, 2005

40094.1