UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |
|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br> Defendants. | Civ. No. 05-40073 |

**PLAINTIFFS' ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

With the assent of the Defendants, the Plaintiffs move this Court to extend the time to file a response to the Defendants' Partial Motion to Dismiss to Friday, July 22, 2005. As grounds for this request, the Plaintiffs state that this one-week extension is reasonable and is necessary in order for the Plaintiffs to address the issues raised in the Defendants' Motion. The Plaintiffs further state that no party will be prejudiced by this extension.

Wherefore, the Plaintiffs request that this Court extend the time for the Plaintiffs' response to the Defendants' Partial Motion to Dismiss to Friday, July 22, 2005.

JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC.,

By their attorneys,

s/Matthew C. Welnicki/

Richard J. Yurko (BBO# 538300)
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: July 12, 2005

**Certificate of Conference**

    I the undersigned counsel for the Plaintiffs hereby certify that on July 12, 2005, I contacted by telephone and email correspondence counsel for the Defendants, who assented to the above Motion.

                                                                    s/Matthew C. Welnicki/
                                                                  _____

**Certificate of Service**

    I the undersigned counsel for the Plaintiffs hereby certify that I caused a copy of this Motion to be served on counsel for the Defendants via the Electronic Filing System and first-class mail this 12th day of July 2005.

                                                                    s/Matthew C. Welnicki/
                                                                  _____