UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

| | |
|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CIPC SYSTEMS, INC. and RICHARD A. PERRY,<br><br>　　　　　　　Defendants. | Civ. No. 05-40073 |

## JOINT REPORT OF RULE 26(f) CONFERENCE

Pursuant to Rule 26(f), Fed. R. Civ. P., the undersigned attorneys for the parties submit this report of a telephonic conference held on October 7, 2005 to discuss a discovery schedule and related matter.

　　1. <u>Automatic Disclosures</u>.　Plaintiff has produced its statement of its Initial Disclosures under Rule 26(a)(1), Fed. R. Civ. P. and Local Rule 26.2. The defendants will produce their statement(s) of their Initial Disclosures by November 25, 2005.

　　2. <u>Discovery and Motion Schedule</u>. The parties' proposed timetable for completing the various phases of discovery and serving and filing various dispositive motions is as follows:

| EVENT | Proposed Deadline for Completion |
|---|---|
| Fact Discovery | May 15, 2006 |
| Plaintiff's identification of experts and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) | June 15, 2006 |
| Defendant's identification of experts and disclosure of information pursuant to Fed. R. Civ. P. 26(a)(2) | July 14, 2006 |
| Expert Depositions | August 14, 2006 |
| Summary judgment motions filed | September 15, 2006 |

3. <u>Discovery Limits.</u>  The parties agree that they will be able to conduct discovery within the limits set forth in Local Rule 26.1 (c).

4. <u>Any Other Orders That Should Be Entered by the Court</u>.  The parties do not foresee any other orders that should be entered by the Court at this time.

> JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC.,
>
> By their attorneys,
>
> s/Matthew C. Welnicki/
> _____
> Richard J. Yurko (BBO# 538300)
> Matthew C. Welnicki (BBO# 647104)
> YURKO & SALVESEN, P.C.
> One Washington Mall, 11th Floor
> Boston, MA 02108-2603
> (617) 723-6900

                                                    CIPC SYSTEMS, INC. and
                                                    RICHARD A. PERRY,

                                                    By their attorneys,

                                                    s/Michele Carlucci/
                                                    _____
                                                    George C. Rockas (BBO# 544009)
                                                    Michele Carlucci (BBO# 655211)
                                                    WILSON ELSER MOSKOWITZ
                                                    ENELMAN & DICKER, LLP
                                                    155 Federal Street
                                                    Boston, MA  02110
                                                    (617) 422-5300

Dated:  November 15, 2005