UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |  |
|---|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 05-40073 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Matthew C. Welnicki, Esq. on behalf of Plaintiffs James J. Sandler and Town Paint & Supply Co., Inc. Plaintiffs will continue to be represented in this action by Richard J. Yurko, Esq. of Yurko, Salvesen & Remz, P.C.

s/Matthew C. Welnicki/
_____
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Dated: March 27, 2006

2

## Certificate of Service

    The undersigned counsel hereby certifies that he has caused a copy of the above Notice to be served on each counsel of record via this Court ECF filing system on March 27, 2006.

                                                s/Matthew C. Welnicki/
                                                _____