UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |  |
|---|---|---|
| TOWN PAINT & SUPPLY CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 05-40073 |
| CIPC SYSTEMS, INC. and RICHARD A. PERRY, | ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR
PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6 (b)(1), Plaintiffs James J. Sandler ("Sandler") and Town Paint & Supply Co., Inc. ("Town Paint") hereby request that this Court enlarge the time for Plaintiffs to file their First Amended Complaint to June 6, 2006.  As grounds for this Motion, the Plaintiffs state that such an enlargement will enable the parties to respond adequately to the Court's decision on the Plaintiffs' Motion to Dismiss, as Plaintiffs' counsel is on a trial that will extend well beyond the current deadline of May 16.  Additionally, the parties have rescheduled mediation of this matter for June 8, 2006.

Defendants assent to this motion.

> Respectfully submitted,
>
> Plaintiffs Town Paint & Supply Co, Inc., and
>
> James J. Sandler
>
> By their attorneys,
>
> /s/ Richard J. Yurko
> _____
> Richard J. Yurko (BBO#538300)
> Anthony B. Fioravanti (BBO#664823)
> YURKO, SALVESEN & REMZ, P.C.
> One Washington Mall, 11th Floor
> Boston, MA 02108
> (617) 723-6900

Dated: May 12, 2006

**Certificate of Conference**

    I the undersigned counsel for the Plaintiffs hereby certify that I contacted by telephone counsel for the Defendants, who assented to the above Motion.

                                                /s/ Richard J. Yurko
                                                _____

**Certificate of Service**

    I the undersigned counsel for the Plaintiffs hereby certify that I caused a copy of this Motion to be served on counsel for the Defendants via the Electronic Filing System and first-class mail this 12th day of May 2006.

                                                /s/ Richard J. Yurko
                                                _____