UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

|  |  |
|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br> Defendants. | Civ. No. 05-40073 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Anthony B. Fioravanti, Esq. of Yurko, Salvesen & Remz, P.C., for the Plaintiffs in the above matter.

s/Anthony B. Fioravanti/

Richard J. Yurko (BBO# 538300)
Anthony B. Fioravanti (BBO# 664823)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

Counsel for:

JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC.,

Dated: May 15, 2006