UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

| | |
|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br><br> Defendants. | Civ. No. 05-40073 |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and party hereby affirm that counsel and client have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

JAMES J. SANDLER
TOWN PAINT & SUPPLY CO., INC.           Their attorneys,

/s/ James J. Sandler                     /s/ Richard J. Yurko
_____                  _____
                                         Richard J. Yurko (BBO#538300)
                                         YURKO, SALVESEN & REMZ, P.C.
                                         One Washington Mall, 11th Floor
                                         Boston, MA 02108
Dated:  September 5, 2006                (617) 723-6900