UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br><br>                 Plaintiffs<br><br>v.<br><br>CIPC SYSTEMS, INC. and RICHARD A. PERRY,<br><br>                 Defendants | CIVIL ACTION No. 05-40073-FDS |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and party hereby affirm that counsel and client have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| CIPC SYSTEMS, INC. and<br>RICHARD A. PERRY, | CIPC SYSTEMS, INC. and<br>RICHARD A. PERRY,<br><br>By their attorneys, |
| *S/Richard A. Perry*<br>Richard A. Perry | *S/Michele Carlucci*<br>George C. Rockas BBO# 544009<br>Michele Carlucci  BBO#655211<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

Dated:  September 5, 2006

64612.1

**CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on September 5, 2006, I filed the *Certification Pursuant to Local Rule 16.1(D)(3)* by electronic filing and mailed a courtesy copy of the same to:

Richard J. Yurko, Esq.
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603

                                   */s/ Michele Carlucci*_____
                                   Michele Carlucci

64612.1