# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JAMES J. SANDLER, Individually and as Trustee
of the TOWN PAINT & SUPPLY CO., INC.
401(k) PROFIT SHARING PLAN, and
TOWN PAINT & SUPPLY CO., INC.,

                    Plaintiffs

              v.

CIPC SYSTEMS, INC. and
RICHARD A. PERRY,

                  Defendants

CIVIL ACTION No. 05-40073-FDS

## PROPOSED SCHEDULING ORDER

### Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), the parties submit the following proposed scheduling orders:

| Plaintiff's Proposed Dates | Defendants' Proposed Dates |
| --- | --- |
| **1.**    **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **N/A already completed** . | |
| **2. Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **October 1, 2006**. | **2. Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **December 6, 2006**. |
| **3.**    **Fact Discovery – Interim Deadlines.** | |
| **a.**    All requests for production of documents and interrogatories must be served by   **November 1, 2006**. <br><br> **b.**    All requests for admission must be served by **February 1, 2007**. | **a.**    All requests for production of documents and interrogatories must be served by   **January 5, 2007**. <br><br> **b.**    All requests for admission must be served by **March 2, 2007**. |
| **4.**    All depositions, other than expert depositions, must be completed by | **4.**    All depositions, other than expert depositions, must be completed by |

1

| **February 1, 2007**. | **April 2, 2007**. |
|---|---|
| **5.     Fact Discovery – Final Deadline**.  All discovery, other than expert discovery, must be completed by **February 1, 2007**. | **5.     Fact Discovery – Final Deadline**.  All discovery, other than expert discovery, must be completed by **May 2, 2007**. |
| **6.     Status     Conference.**  A status conference will be held on **March 2007)**. | **6.     Status     Conference.**  A status conference will be held on **June 15, 2007**. |
| **7.     Expert Discovery.** | |
| **a.**     Plaintiff(s)' trial expert must be   designated,   and   the   information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **March 1, 2007**. | **a.**     Plaintiff(s)' trial expert must be   designated,   and   the   information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **May 30, 2007**. |
| **b.**     Plaintiff(s)'   trial   experts must be deposed by **March 15, 2007**. | **b.**     Plaintiff(s)'   trial   experts must be deposed by **June 15, 2007**. |
| **c.**     Defendant(s)'   trial   expert must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **April 1, 2007**. | **c.**     Defendant(s)'   trial   expert must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **July 15, 2007**. |
| **d.**     Defendant(s)'   trial   experts must be deposed by **April 15, 2007**. | **d.**     Defendant(s)'   trial   experts must be deposed by **July 30, 2007**. |
| **8.     Dispositive Motions.** | |
| **1.**     Dispositive   motions,   such motions for summary judgment or partial judgment and motions for judgment on the pleadings, must be filed by **May 30, 2007**. | **1.**     Dispositive   motions,   such motions for summary judgment or partial judgment and motions for judgment on the pleadings, must be filed by **October 15, 2007**. |
| **2.**     Oppositions to dispositive motions must be filed within **23** days after service of the motion. | |
| **9.     Pretrial   Conference.**  A pretrial conference will be held on **June, 2007** at **2:00 p.m.** | **9.     Pretrial   Conference.**  A pretrial   conference   will   be   held   on **December 15, 2007** at **2:00 p.m.** |

2

JAMES J. SANDLER, Individually and as
Trustee of the TOWN PAINT & SUPPLY CO.,
INC. 401(k)/PROFIT SHARING PLAN, AND      CIPC SYSTEMS, INC. and
TOWN PAINT & SUPPLY CO., INC.,            RICHARD A. PERRY,

By their attorneys,                       By their attorneys,


*/s/ Richard J. Yurko*_____         */s/ Michele Carlucci*_____
Richard J. Yurko BBO#538300               George C. Rockas BBO# 544009
Matthew C. Welnicki BBO#647104            Michele Carlucci  BBO#655211
YURKO & SALVESEN, P.C.                    WILSON ELSER MOSKOWITZ
One Washington Mall, 11th Floor           EDELMAN & DICKER, LLP
Boston, MA 02108-2603                     155 Federal Street
617-723-6900                              Boston, MA 02110
                                          (617) 422-5300


Dated:  September 5, 2006

## CERTIFICATE OF SERVICE

I, Michele Carlucci, certify that on September 5, 2006, I filed the *Proposed Scheduling Order* by electronic filing and mailed a courtesy copy of the same to:

Richard J. Yurko, Esq.
Matthew C. Welnicki, Esq.
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603


_*/s/ Michele Carlucci*_____
Michele Carlucci

3

63385.2