UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CENTRAL DIVISION**

No. 05-40073-FDS

| |
|---|
| JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k) PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC., <br>                                    Plaintiffs <br><br>                        v. <br><br> CIPC SYSTEMS, INC. and RICHARD A. PERRY, <br>                                    Defendants |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of all claims with prejudice, without any assessment of costs or fees, each party waiving all rights of appeal.

Respectfully submitted,

JAMES J. SANDLER, Individually and as Trustee of the TOWN PAINT & SUPPLY CO., INC. 401(k)/PROFIT SHARING PLAN, and TOWN PAINT & SUPPLY CO., INC.,

By their attorneys,

   */s/ Richard Yurko*
Richard J. Yurko (BBO# 538300)
   rjy@bizlit.com
Anthony B. Fioravanti (BBO# 664823)
   abf@bizlit.com
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603
(617) 723-6900

94387.1

        CIPC SYSTEMS, INC. and RICHARD A. PERRY,

        By their attorneys,

        ____*/s/ Michele Carlucci*_____
        George C. Rockas (BBO# 544009)
        george.rockas@wilsonelser.com
        Michele Carlucci (BBO# 655211)
        michele.carlucci@wilsonelser.com
        WILSON ELSER MOSKOWITZ ENELMAN & DICKER, LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

## **CERTIFICATE OF SERVICE**

I, Michele Carlucci, certify that on October 10, 2007, I filed the forgoing by electronic filing and mailed a courtesy copy of the same to:

Richard J. Yurko, Esq.
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108-2603

        _*/s/ Michele Carlucci*_____
        Michele Carlucci

94387.1